No. 6369.  RUSH v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 6387.  GILYARD v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 6398.  LANDGHAM v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 6408.  PASZEK v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 6428.  LIGUE v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 6437.  SCOTT v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 6438.  FOGNINI, AKA SWARTZ v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 6469.  MUHAMMAD v. MANCUSI, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 6497.  HARPER v. CICCONE, MEDICAL CENTER DIRECTOR.  C. A. 8th Cir.  Certiorari denied.

No. 6506.  SOSTRE v. MITCHELL, ATTORNEY GENERAL. C. A. D. C. Cir.  Certiorari denied.

No. 6520.  VERMEULEN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 6526.  HEPLER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.